### OLIVE QUINN *v.* ALMERIN QUINN.

The record of a conviction for assault and battery, committed by a husband upon his wife, is evidence, on a hearing on a petition by the wife for a divorce, only of the fact of the conviction, and not that the assault and battery alledged was actually committed.

THIS was a libel for a divorce from the bonds of matrimony, alledging, as a cause, the intolerable severity of the petitionee. In the course of the trial the counsel offered in evidence the record of a conviction of the petitionee of an assault and battery upon the petitioner.

BY THE COURT. We could not receive the record, in this case, for any purpose, except to prove the *fact* of the *conviction*. It would not be proof of the assault and battery alledged, for the same reason that such a conviction is not evidence in a civil case, when the same matter comes in question,—that is, that it might have been obtained upon the testimony of the person in whose favor it is offered.